IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARGIE MCRAE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-037 |
| | ) | |
| DEBRA ANN ELLIS; PAULINE ELLIS; | ) | |
| CANDACE ELLIS; and DOES 1-3, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

*Pro* se Plaintiff filed the above-captioned diversity action on April 15, 2015, and Defendants answered on May 1, 2015. (Doc. nos. 1, 5.) On July 7, 2015, the Court ordered the parties to conduct a 26(f) conference and submit a report because the time period for doing so had expired. (Doc. no. 18.) On July 10, 2015, a 26(f) report was submitted by Defendants that was only signed by Defendants' attorney but not by Plaintiff. (See doc. no. 23, p. 6.) Further, Defendant represented in the report that Plaintiff refused to provide defense counsel with a phone number where she could be reached. (Id.) Because it is apparent that the 26(f) report was not a joint report, the Court **ORDERS** the parties to conduct a conference within seven days of the date of this Order and to file a joint 26(f) Report within fourteen days of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

Plaintiff is further **ORDERED** to provide defense counsel with reasonable contact information so that a conference can be conducted. Further, the Court warns Plaintiff that her failure to provide contact information and conduct a Rule 26(f) conference could lead to dismissal for failure to prosecute under Local Rule 41.1.

SO ORDERED this 17th day of July, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA