FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 NOV -3 AM 9:47
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARGIE MCRAE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-037 |
| | ) | |
| DEBRA ANN ELLIS; PAULINE ELLIS; | ) | |
| CANDACE ELLIS; and DOES 1-3, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 50.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** the current pending motions (doc nos. 19, 31, 32, 36, 37, 39, 46, 47), **DISMISSES** this case for lack of subject-matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 3rd day of Nov., 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE