# United States District Court
## Southern District of Georgia

| | |
|---|---|
| MARGIE MCRAE,<br><br>    Plaintiff,<br><br>V.<br><br>DEBRA ANN ELLIS; PAULINE ELLIS; CANDACE ELLIS; and DOES 1-3,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: CV 315-037 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on November 3, 2015, this case is hereby DISMISSED for lack of subject-matter jurisdiction; and this civil action is hereby CLOSED.

| | |
|---|---|
| November 3, 2015 | Scott L. Poff |
| Date | Clerk |
| | |
| | (By) Deputy Clerk |