IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MARGIE MCRAE,

    Plaintiff,

v.    CV 315-037

DEBRA ANN ELLIS; PAULINE
ELLIS; CANDACE ELLIS; AND
DOES 1-3,

    Defendants.

O R D E R

Upon due consideration of Plaintiff Margie McRae's *pro se* motion for the return of the original videotaped depositions filed in the captioned matter, the motion is **GRANTED**. The Clerk is directed to return the depositions to Plaintiff expeditiously.

**SO ORDERED** this 10th day of February, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE